# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

JESSE R. DOUGLAS

V.

BOARD OF PRISON HEARINGS

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08-2320 JM (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses the case without prejudice..................................................................................
............................................................................................................................................................

| May 8, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON May 8, 2009 |

08-2320 JM (BLM)